This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**RUBY ORTEGA, individually and as**
**Parent, Guardian, and next Friend of**
**CASEY J. ORTEGA, a child,**

Plaintiff-Appellant,

v.                                                                      **NO. 29,533**

**CARLSBAD MUNICIPAL SCHOOL**
**DISTRICT and MICHAEL BALDONADO,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
**Jane Shuler Gray, District Judge**

The Jeff Diamond Law Firm
Jeffrey B. Diamond
Benjamin E. Decker
Carlsbad, NM

for Appellant

Yenson, Lynn, Allen & Wosick P.C.
Terrance P. Yenson
April D. White
Albuquerque, NM

for Appellee Carlsbad Municipal District

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**CELIA FOY CASTILLO, Judge**